IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02561-PAB-KLM

ANGELA HEID GRAEF,

    Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA, and
THE NORTH HIGHLAND COMPANY HEALTH AND WELFARE PLAN, an employee welfare benefit plan,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Sun Life Assurance Company of Canada's **Motion to Appear by Telephone** [#15] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#15] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Defendant's counsel may appear by telephone at the Scheduling Conference on March 31, 2016 at 10:30 a.m. by dialing the Court at **303-335-2770**.  If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Defendant's counsel before dialing the Court.

    Dated:  March 4, 2016